IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 8:21-cv-2169 |
| v. | ) |
| | ) |
| PHIL KOO KANG | ) |
| 7025 Barkwater Court | ) |
| Bethesda, MD 20817 | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff UNITED STATES OF AMERICA, at the request and with the authorization of a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the penalties assessed under 31 U.S.C. § 5321(a)(5) against Defendant PHIL KOO KANG for his willful failure to report his interest in foreign financial accounts from the tax years 2006 through 2013.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345 and 1355 because it arises under a federal statute, it is for the enforcement of a penalty incurred under an Act of Congress, and because the United States is the plaintiff.

2. Venue is proper in this district under 28 U.S.C. § 1391 because Defendant resides in Montgomery County, Maryland.

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Phil Koo Kang is a United States citizen.

1

## BACKGROUND

5. The United States incorporates paragraphs 1 through 4 as if fully set forth herein.

6. Kang is a U.S. citizen.

7. Kang has consistently worked in the finance and banking industry since acquiring a Master of Business Administration (MBA) degree in 1995.

8. Kang had an interest in, signature or other authority over 12 financial accounts in the Shinhan and Kookmin Banks in South Korea from 2006 to 2013.

9. During the calendar years 2006 to 2013, Kang had an interest in the Shinhan Bank accounts ending in: 4913, 5026, 5050, 5275, 6110, 6127, and 6595.

10. During the calendar years 2006 to 2013, Kang also had an interest in the Kookmin Bank accounts ending in: 0652, 5355, 5926, 7344, and 7945.

11. The aggregate balance in the above-mentioned foreign bank accounts exceeded $10,000 during each of the 2006 to 2013 calendar years.

## THE FBAR REPORTING REQUIREMENTS

12. The United States incorporates paragraphs 1 through 11 as if fully set forth herein.

13. All citizens and residents of the United States who have a financial interest in, or signature or other authority over, foreign financial accounts with an aggregate maximum value of greater than $10,000 at any point during the calendar year are required to file an annual report disclosing the existence of each account. 31 U.S.C. § 5314; 31 C.F.R. § 1010.350; 31 C.F.R. § 1010.306.

14. For the 2006 through 2013 years, the annual report, known as a Report of Foreign Bank and Financial Accounts ("FBAR") was due no later than June 30 of each following calendar year.  31 C.F.R. § 1010.306(c).

15. Kang was required to file an FBAR reporting his financial interest in the Shinhan and Kookmin banks on or before June 30, 2007, 2008, 2009, 2010, 2011, 2012, 2013, and 2014.

16. Kang was made aware of his duty to file the required FBARs when he opened one of his foreign bank accounts. He also filed an FBAR for 2005 which is the year before the calendar years at issue in this complaint.

17. Kang entered the Offshore Voluntary Disclosure Program (OVDP) and filed delinquent FBARs for the 2006 to 2013 calendar years. Kang however omitted the highest balances from several accounts in 2006 and 2007. Kang also did not disclose his ownership interest in two foreign entities, Hyojongwon Ltd. and Hyojongwon America LLC.

18. Kang did not timely file FBARs reporting his interest in his foreign bank accounts for the 2006 to 2013 calendar years.

19. Kang's failure to timely report his interest in his foreign bank accounts for 2006 through 2013 calendar years was willful.

## COUNT I
## JUDGMENT FOR CIVIL FBAR PENALTIES ASSESSED AGAINST KANG

20. The United States incorporates paragraphs 1-19 as if fully set forth herein.

21. On September 23, 2019, a delegate of the Secretary of the Treasury assessed the following civil penalties against Phil Koo Kang under 31 U.S.C. § 5321(a)(5):

| Tax Year | FBAR Penalty (§5321) Assessment |
|---|---|
| 12/31/2006 | $63,100 |
| 12/31/2007 | $55,312 |
| 12/31/2008 | $71,153 |
| 12/31/2009 | $105,914 |
| 12/31/2010 | $62,211 |
| 12/31/2011 | $51,601 |
| 12/31/2012 | $43,952 |
| 12/31/2013 | $54,294 |
| **Total** | **$507,537** |

22. A delegate of the Secretary of the Treasury sent notice of the assessments described in Paragraph 21 to Kang, and demanded payment of the assessments on October 7, 2019.

23. Despite notice and demand, Kang has failed to fully pay the penalties described in Paragraph 21, above.

24. Interest and late-payment penalties have accrued, and will continue to accrue, on the penalties described in Paragraph 21, above, pursuant to 31 U.S.C. § 3717 until they are paid in full.

25. As of August 3, 2021, Phil Koo Kang is indebted to the United States with respect to the penalties described in Paragraph 21, above, in the amount of $573,725, plus statutory additions that continue to accrue thereafter as provided by law until the penalties are paid in full.

WHEREFORE, the United States respectfully asks that the Court:

A. Enter judgment in favor of the United States and against Phil Koo Kang, with respect to the civil penalty assessments described in Paragraph 21, above, in the amount of $573,725 as of August 3, 2021, plus statutory interest and other additions to tax accruing thereafter according to law until paid in full;

B. Award the United States its costs incurred in prosecuting this action; and

C. Such other and further relief as the Court deems just and proper.

[*signature line on next page*]

Dated: August 24, 2021   DAVID A. HUBBERT
Acting Assistant Attorney General

*s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
*Attorney for the United States of America*

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 514-6576
Fax: (202) 514-6866
Joyceylyn.S.Peyton@usdoj.gov
*Attorney for the United States of America*