IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 8:21-cv-2169 |
| v. | ) | |
| | ) | |
| PHIL KOO KANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STATUS REPORT

On February 7, 2022, this Court ordered the United States to file a status report by March 8, 2022. (ECF Notice 6).  In compliance with that order, the Government avers as follows:

1.      The Government has started discussing settlement based on collectability with Defendant Phil Koo Kang's ("Kang") power of attorney Eli Noff.

2.      The United States has requested financial information from Kang.

3.      Kang expects to provide the requested information by April 4, 2022.

Respectfully submitted this 8th day of March, 2022.

/s/ *Gokce T. Yurekli*
GOKCE T. YUREKLI
JOYCELYN S. PEYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 6598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
Joycelyn.S.Peyton@usdoj.gov
*Attorneys for the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2022, I

     (i) electronically filed this Status Report with the Clerk of Court using the

CM/ECF system, which will send notification of such filing to all parties that have

elected to receive service through the CM/ECF system; and

     (ii) electronically mailed a copy of the filed Status Report to Defendant's power

of attorney Eli Noff.

                            /s/ *Gokce T. Yurekli*
                            GOKCE T. YUREKLI
                            JOYCELYN S. PEYTON
                            Trial Attorneys, Tax Division
                            U.S. Department of Justice
                            *Attorneys for the United States of America*