IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 8:21-cv-2169 |
| v. | ) | |
| PHIL KOO KANG, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties hereby jointly submit this status report regarding the parties' settlement discussions:

1. On March 9, 2023, the parties submitted a response to the Court's order to show cause informing the Court that they made progress in their settlement discussions but needed additional time to review supplemental financials. (Doc. 9). Since then, the parties have reached an agreement on a potential offer that the Defendant has agreed to submit, and the United States' trial attorneys intend to recommend for acceptance. The United States' trial attorneys have memorized the proposed terms in a proposed offer acknowledgment letter, and sent it to Defendant for his approval and signature. Once Defendant signs the document, the United States' trial attorneys will need additional time to obtain final approval from the United States Department of Justice.

2. In light of the foregoing, the parties propose that they provide a further status report to the Court on or before June 15, 2023.

3. The parties are available by phone or videoconference should the Court have concerns.

Dated: April 27, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
JOYCELYN S. PEYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
Joyceylyn.S.Peyton@usdoj.gov
*Attorneys for the United States of America*

PHIL KOO KANG
9541 Wildoak Drive
Bethesda, MD 20814
*Defendant Phil Koo Kang*

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have elected to receive service through the CM/ECF system.

*s/ Gokce T. Yurekli*
GOKCE T. YUREKLI
JOYCELYN S. PEYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
*Attorneys for the United States of America*
