IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 8:21-cv-2169-JRR ) ) |
| PHIL KOO KANG, | ) ) |
| Defendant. | ) ) |

**CONSENT JUDGMENT**

**JUDGMENT** is entered for the Plaintiff the United States America and against Defendant Phil Koo Kang in the amount of $631,250.88 as of March 31, 2023, for the assessed willful FBAR penalties for tax years 2006 through 2013, plus additional accrued prejudgment interest on the FBAR penalty assessments as provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C. § 3717(e)(2) from and after March 31, 2023, and to the date of entry of this judgment.

Post-judgment interest on the FBAR penalty assessments shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

Signed the ____ day of _____, 2023.

_____
JULIE REBECCA RUBIN
United States District Court Judge

SEEN AND AGREED:

For Phill Koo Kang:

*[signature]*

PHIL KOO KANG
9541 Wildoak Drive
Bethesda, MD 20814
*Defendant*

SEEN AND AGREED:

For the United States of America:

DAVID HUBBERT
Deputy Assistant Attorney General

/s/ Gokce T. Yurekli
GOKCE T. YUREKLI
JOYCELYN S. PEYTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 532-5123
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States of America*